SLADE, Appellant, vs. WARREN, et al., Respondents.

This was a similar motion to the above. A principal difference in the excuse offered being, that Mr. S. Stevens, who was to argue the cause as counsel for the appellant, was engaged as counsel in the trial of a cause

in the United States Circuit Court at Canandaigua, and agreed with Mr. Buel, counsel for respondents, to have this cause reserved for him, in case it was reached in his absence.    When the cause was called on the calendar (No. 35,) the court refused to reserve it when requested by Mr. Buel, who stated the circumstances of Mr. Stevens, and a default was taken affirming the decree of the Chancellor.

> D. L. SEYMOUR, *Counsel for Appellant.*
>
> D. BUEL, Jr., *Counsel for Respondents.*

The court set aside the default on payment of the costs of the term, with $50 counsel fee, and costs of opposing motion, and on being ready to argue the cause at the present term, if an opportunity was presented.